IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COMMUNICATION MANAGEMENT SERVICES, LLC, et al.,** | 3:12-cv-01923-BR |
| **Plaintiffs,** | ORDER |
| v. | |
| **BROOKS L. HARLOW, Attorney at Law,** | |
| **Defendant.** | |

**BROWN, Judge.**

    This matter comes before the Court on the parties' Joint Status Report (#91). Having fully considered the parties' respective positions set out in the Joint Status Report, the Court makes the following Order:

    1. The Court **OVERRULES** Plaintiffs' objection to Defendant's requested discovery on the basis that this Court lacks subject-matter jurisdiction. The Court has already found a genuine dispute of material fact presently exists as to whether

1 - ORDER

Plaintiffs' claims are ripe, and, accordingly, the Court has directed the parties to proceed with discovery and rejected Plaintiffs' contentions to the contrary.  *See* Opin. and Order (#63); Order (#75).  The Court may deem any further refusal by Plaintiffs to provide discovery on this basis to be frivolous.

    2.  Issues related to waiver of attorney-client privilege must be raised in a formal discovery motion.  Accordingly, consistent with the Court's previously-set case-management deadlines and after meaningful conferral, any party may raise the alleged waiver of attorney-client privilege in a formal discovery motion **no later than May 22, 2015**.

    3.  Because Plaintiffs have not identified any specific discovery requests that Plaintiffs contend are unduly burdensome, the Court **OVERRULES** Plaintiffs' objection on this basis.

    IT IS SO ORDERED.

    DATED this 23rd day of April, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge